UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PORT AUTHORITY POLICE ASIAN JADE SOCIETY OF NEW YORK & NEW JERSEY INC., CHRISTIAN ENG, NICHOLAS YUM, ALAN LEW, HOWARD CHIN, DAVID LIM, GEORGE MARTINEZ, STANLEY CHIN, MILTON FONG, RICHARD WONG, SANRIT BOONCOME and MICHAEL CHUNG,<br><br>          Plaintiffs,<br><br>          v.<br><br>THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,<br><br>          Defendant. | 05 CV 3835 (MGC)<br><br>**NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS** |

PLEASE TAKE NOTICE that, upon the Declaration of Susanna M. Buergel, dated July 30, 2009, and the exhibits attached thereto, and the Declaration of Robert H. Baron, dated July 28, 2009, and the exhibits attached thereto, and the Memorandum of Law submitted herewith, the undersigned motion will be made before the Honorable Miriam G. Cedarbaum, at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, New York, New York 10007, Court Room 14A on Thursday, August 27, 2009 at 9:30 a.m. or as soon thereafter as counsel may be heard, for an Order award costs in the amount of $521,067.31 and attorneys' fees in the amount of $2,118,110. The basis of the motion is set forth in the accompanying memorandum of law.

PLEASE TAKE FURTHER NOTICE that, pursuant to Judge Cedarbaum's individual practice Rule 3(C), answering papers, if any, must be received

by all parties by Wednesday, August 19, 2009 and reply papers, if any, must be received by all parties by Tuesday, August 25, 2009.

Dated: July 30, 2009
      New York, New York

                                  PAUL, WEISS, RIFKIND, WHARTON
                                  & GARRISON LLP

                                  By:  /s/  Karen King
                                      Susanna M. Buergel, Esq.
                                      Karen R. King, Esq.

                                  1285 Avenue of the Americas
                                  New York, New York 10019-6064
                                  Tel:    (212) 373-3784
                                  Fax:   (212) 492-0784
                                  E-mail: kking@paulweiss.com

                                  *Attorneys for Plaintiffs*